UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MARCUS BYARD,

        Plaintiff,

        v.

NANCY ANN BERRYHILL, Acting
Commissioner Social Security Administration,

        Defendant.

No. 2:16-cv-06147

# **O R D E R**

**AND NOW**, this 13th day of August, 2018, for the reasons set forth in the Opinion issued this date and upon consideration of Plaintiff's Complaint, ECF No. 3, Defendant's Answer, ECF No. 9, Plaintiff's Brief and Statement of Issues in Support of Request for Review, ECF No. 17, Defendant's Response to Request for Review, ECF No. 18, and Plaintiff's Reply, ECF No. 19, and after de novo review of the Report and Recommendation ("R&R") of Linda K. Caracappa, United States Magistrate Judge, ECF No. 21, Plaintiff's Objections to the R&R, ECF No. 22, Defendant's Response to Objections, ECF No. 24, and the complete Administrative Record, ECF No. 8, **IT IS ORDERED THAT:**

1. Plaintiff's objections to the Report and Recommendation, ECF No. 22, are **OVERRULED**.
2. The Report and Recommendation, ECF No. 21, is **APPROVED and ADOPTED**.
3. Plaintiff's Request for Review, ECF No. 17, is **DENIED**.
4. The final order of the Commissioner of Social Security is **AFFIRMED**.
5. This case is **CLOSED**.

        BY THE COURT:


        */s/ Joseph F. Leeson, Jr.*
        JOSEPH F. LEESON, JR.
        United States District Judge